## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ARTUR SHEHU,   )
              )
    Plaintiff )
              )
vs.           )   **1:18-cv-24331-RNS**
              )
JEFFERSON SESSIONS, ATTORNEY GENERAL OF   )
THE UNITED STATES,   )
et.al.,       )
              )
    Defendants )
              )

## LIST OF EXHIBITS

COMES NOW Artur Shehu, hereinafter Plaintiff, in the above captioned case, by and through undersigned counsel, and files this List of Exhibits in support of Plaintiff's Complaint:

| EXHIBIT | DESCRIPTION | PAGES |
|---|---|---|
| 1. | Evidence of Plaintiff's Grant of Asylum | 1-2 |
| 2. | Copy of I-485 Receipt for his Adjustment of Status Application | 3 |
| 3. | USCIS' Request for Evidence with due date of November 7, 2005 | 4-5 |
|    | Inquiry filed by Andrew P. Johnson, Esq. dated April 5, 2008 | 6 |
|    | 2nd inquiry filed by Mr. Johnson, Esq. dated March 10, 2009 | 7 |
|    | USCIS' inquiry response dated March 25, 2009 | 8 |
|    | Inquiry filed by Joshua Bratter, Esq. dated April 25, 2011 | 9-10 |
| 4. | USCIS FOIA Response letter dated July 27, 2018 | 11-13 |

Respectfully Submitted,

Dated: October 29, 2018                     By: /s/ *Larry S. Rifkin*

                                            Larry S. Rifkin, Esq.
                                            RIFKIN & FOX-ISICOFF, P.A.

                1110 Brickell Avenue, Suite 600
                Miami, Florida 33131
                305-371-2777
                305-375-9517 (Fax)
                Lsrifkin@rifkinfox.com
                FL Bar No. 305987

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**/s/ *Larry S. Rifkin***

Larry S. Rifkin, Esq.
RIFKIN & FOX-ISICOFF, P.A.
1110 Brickell Avenue, Suite 600
Miami, Florida 33131
305-371-2777
305-375-9517 (Fax)
Lsrifkin@rifkinfox.com
FL Bar No. 305987