# EXHIBIT 3

*Ne 735*

P.O. Box 82521
Lincoln, NE. 68501-2521

**U.S. Citizenship
and Immigration
Services**

*A# 409*

Refer to File Number: LIN0307053790

ARTUR SHEHU
7779 NW 116 PATH
DORAL FL 33178

A78735088

Dear Sir or Madam:
RE: Form: I485

Beneficiary: SHEHU, ARTUR

## REQUEST FOR INITIAL EVIDENCE

**PLACE THIS LETTER ON TOP OF YOUR RESPONSE.  SUBMISSION OF EVIDENCE
WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY
RESULT IN A DENIAL.**

Your application has not been reviewed by an Immigration Officer to determine legal sufficiency
or eligibility.  However, to prepare your application for adjudication you must provide the
following initial evidence:

1.  You must submit a completed medical examination form (Form I-693).  The medical examination must be
    conducted, and Form I-693 completed, by a designated civil surgeon.  To obtain names and telephone
    numbers of the designated civil surgeons in your area, please call USCIS' National Customer Service
    Center at 1-800-375-5283. You will be asked to provide your zip code. Please have a pen or pencil
    ready to write down the list of civil surgeons in your area.

2.  You must also submit a "Supplemental Form to I-693", Adjustment of Status Applicant's Documentation
    of Immunization. The civil surgeon must indicate the results of his/her analysis of your vaccine history in
    part three of the supplement. Also, submit a copy of any documentation that identifies the physician
    completing the supplement as a civil surgeon. **The signature must be accomplished by a MD: a
    signature by a RN or PA is not acceptable. Photocopies of Supplemental Form to I-693 are not
    acceptable.**

    **IMPORTANT WARNING:** Only a civil surgeon is able to conduct your medical examination and
    complete the Supplement Form to I-693. The civil surgeon must sign and date the both the Form I-693
    and the Supplemental Form to I-693.  When appropriately completed, the Form I-693 and the
    supplement must be sealed in a separate envelope by the civil surgeon.  The outside envelope must
    bear the clinic/doctor's stamp or signature, which must be placed across the flap of the sealed
    envelope. This evidence and other requested evidence must be re-submitted to this office.

SPECIAL NOTE FOR ITEMS 1 & 2: If you submitted your Form I-693 and/or the supplement at the time
of filing your Form I-485, please include a statement explaining this when submitting your response to

*—4—*

the request. However, please be advised that if these documents are not present with your application and you fail to submit them in response to this request your application may be denied.

1.   You must submit an updated and properly **completed** Biographic Information Sheet, Form G-325A, for yourself.  Your **original** signature is required on the Form G-325A.  The form can be downloaded from the USCIS website at the following address: http://uscis.gov/graphics/formsfee/forms/index.htm.

Your response must be received in this office by **07 November 2005.**  Your case is being held pending your response.  Within this period you may:

1. Submit all of the evidence requested;

2. Submit some or none of the evidence requested and ask for a decision based upon the record; or

3. Withdraw the application or petition.  (It is noted that if you request that the application or petition be withdrawn, the filing fee cannot be refunded).

You must submit all of the evidence at one time.  Submission of only part of the evidence requested will be considered a request for a decision based upon the record.  No extension of the period allowed to submit evidence will be granted.  If the evidence submitted does not establish that your case was approvable at the time it was filed, it can be denied.

**You must respond to this notice.**  If you do not respond to this request within the time allowed, your case will be considered abandoned and denied.  Evidence received in this office after the due date may not be considered.

Sincerely,

Evelyn Upchurch
*Acting Director*

# LAW OFFICES OF ANDREW P. JOHNSON

## ATTORNEYS AT LAW

ANDREW P. JOHNSON, ESQ.
°ADMITTED TO THE BAR OF NEW JERSEY, WASHINGTON D.C. & ILLINOIS only°
°Admitted to 1st, 2nd, 3rd, and 4th Court of Appeals°
°PRACTICES IMMIGRATION AND NATIONALITY LAW EXCLUSIVELY°

STEVE NEWMAN, ESQ.   (of Counsel)
°ADMITTED TO THE BAR OF NEW YORK & NEW JERSEY only°
°ADMITTED TO EASTERN & SOUTHERN DISTRICT COURT°

TRISHA KAEWCHAROEN, ESQ.
*ADMITTED TO THE BAR OF NEW YORK only *
°Admitted to 2nd and 3rd Court of Appeals°

65 BROADWAY, 21st FLOOR, NEW YORK, NY 10006 TEL: (212) 693-3355; FAX: (212) 430-6797

04-05-2008

### To whom it may concern

Ref: I – 485 Application to register permanent resident of Adjust of status

**SHEHU, Artur**        A # 78-735-088              LIN 0307053790

We are retained by the above applicant. It is the second letter we are sending regard this case.

Applicant Artur Shehu was granted asylum on March 9, 2001. (Attached is a copy of the grant asylum by asylum office in Rosedale, New York)

He filed I-485 application on December 30, 2002 (attached is a copy of the notice of action)

He had once his biometrics and then completed the requests that Nebraska Service Center demanded.(attached is a copy of current status on line)

On or about September 9, 2005 he was requested to have his biometrics another time. He had the biometrics taken on 09.09.2005 (Attached is copy of the notice with the processing stamp of the supporting center).

After rechecking another time the processing dates of the applications I-485 to register permanent residents filing in the category of one year after being granted asylum, it shows that this case is far beyond the processing time frame. (Currently processing applications of October 1, 2006)

We politely request that Nebraska Service Center process this application as soon as possible.

We apologize for any inconvenience we might have caused with the above.

Thank you for the time and consideration in regard to this matter.

Sincerely

Andrew P. Johnson, Esq.

# LAW OFFICES OF ANDREW P. JOHNSON

### ATTORNEYS AT LAW

ANDREW P. JOHNSON, ESQ.
*ADMITTED TO THE BAR OF NEW JERSEY, WASHINGTON D.C. & ILLINOIS only*
*Admitted to 1st, 2nd, 3rd, and 4th Court of Appeals*
*PRACTICES IMMIGRATION AND NATIONALITY LAW EXCLUSIVELY*

STEVE NEWMAN, ESQ. (of Counsel)
*ADMITTED TO THE BAR OF NEW YORK & NEW JERSEY only*
*ADMITTED TO EASTERN & SOUTHERN DISTRICT COURT*

TRISHA KAEWCHAROEN, ESQ.
*ADMITTED TO THE BAR OF NEW YORK only*
*Admitted to 2nd and 3rd Court of Appeals*

## 65 BROADWAY, 21st FLOOR, NEW YORK, NY 10006 TEL.: (212) 693-3355; FAX: (212) 430-6797

Second inquiry

03-10-2009

### To whom it may concern

Ref:    I-485 Application to register permanent resident or adjustment of status

SHEHU, Artur        A # 78-735-088

We are retained by the applicant to represent him in the immigration matters.

The applicant was granted asylum on March 9, 2001 (attached is a copy of grant asylum decision b asylum office in Rosedale, New York)

The applicant filed I-485 application on December 30, 2002 (attached is a copy of the notice of Action)

He had his biometrics and then completed the requests that Nebraska Service center demanded (attached is a copy of the checking of status on line)

On or about September 9, 2005 he was requested to have his biometrics another time. He had his biometrics taken on 09.09.2005 (attached is a copy of the notice with stamp of the processing supporting center.

After checking several times at different dates it appears that this case is beyond the time frame of processing the I-485 applications in the category of filing after one year being granted asylum.

On April 15, 2008 we requested to get any information in regard to the abovementioned application.

Since that time, we have not received any respond from your office in regard to it.

If we do not get any respond, we see no other way, but forwarding to file to the Federal Appeal to get more information and resolving the situation.

We hope that Nebraska Service Center will process the application as soon as possible.

We apologize if we have caused any inconvenience in this matter.

Thank you for the time and consideration.

Sincerely
Andrew Johnson. Esq.

Action completed approved for filing    MAR 2 3 2009
Initials: ___ Date: ___
NSC/Unit: CCS

MAR 1 9 2009 - 7 45 AM 2614

P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship and Immigration Services**

March 25, 2009

Refer to File Number:
A078735088

ANDREW P JOHNSON ESQ
65 BROADWAY SUITE 2101
NEW YORK NY 10006

Dear Sir or Madam:

Form Type: I-485
Applicant: ARTUR SHEHU

This acknowledges your correspondence received by this office on March 19, 2009.

Your Form G-28, Notice of Entry of Appearance As Attorney or Representative has been data entered into Service records for the receipt number given above. This letter serves as confirmation per your request.

Based on your request we researched the status of this case. We are actively processing this case. However, we have to perform additional review on this case and this has caused a longer processing time. If you do not receive a decision or other notice of action from us within 6 months of this letter, please call customer service at the number provided below.

The National Customer Service Center's toll free number is 1-800-375-5283 or you may access the USCIS website at www.uscis.gov should you have any further questions or need additional information.

Sincerely,

*F. Gerard Heinauer*

F. Gerard Heinauer
Director

NSC/ EEH/ EX0303

—8—

**Bratter & Krieger** LLP
ATTORNEYS AT LAW
USCIS ZM www.bklawgroup.com

2011 APR 26 PM 2: 42

April 25, 2011

**By Federal Express**

Department of Homeland Security
U.S. Citizenship and Immigration Services
Miami Asylum Office
77 S.E. 5th Street, 3rd Floor
Miami, Florida 33131

Re:     **I-485 Application of Artur Shehu   (LIN 0307053790 / A 078 735 088)**

Dear Immigration Examiner:

This office has been retained by Mr. Artur Shehu, a national from Albania, to represent him in his efforts to become a lawful permanent resident of the United States.   Please find attached a signed G-28, Notice of Representation *(See Exhibit A).*

On March 6, 2001 Mr. Shehu and his wife were granted political asylum in the United States by the USCIS office in Rosedale, NY. *(See Exhibit B).*

In 2004, Mr. Shehu and his wife filed their applications for adjustment of status and subsequently, Mr. Shehu appeared to have his biometrics taken on March 8, 2007 at the USCIS Support Center located at 521 NE 81st Street in Miami, Florida *(See Exhibit C).*

According to the USCIS online website, Mr. Shehu's I-485 application was transferred to the Miami Asylum Office on July 14, 2009 for further processing.   Until today, Mr. Shehu's I-485 application is pending.

We respectfully request the Service to provide us with an update on the status of our client's adjustment of status case as well the reasons for the extensive delays since the Service is presently processing I-485 applications filed and received on or before December 16, 2010.

— 9 —

Your prompt response to our request would be greatly appreciated.  Should you need additional information, please do not hesitate to contact the undersigned.

Sincerely,

Joshua Bratter, Esq.

Enclosures

—10 —

Bratter ◊ Krieger

500 South Pointe Drive, Suite 220, Miami Beach, FL 33139