UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case 1:18-cv-24331-RNS

| | |
|---|---|
| Artur Shehu, | ) |
|         Petitioner, | ) |
| vs. | ) |
| Jefferson Sessions, Attorney General of the United States, Et. al. | ) |
|         Defendants | ) |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Artur Shehu, hereinafter Plaintiff, by and through undersigned Counsel, and files the instant Notice of Voluntary Dismissal. USCIS has now adjudicated Plaintiff's delayed I-485 Application, thereby rendering Plaintiff's Complaint as moot.

Respectfully Submitted,

Dated: February 5, 2019        By: /s/ *Larry S. Rifkin*

                                          Larry S. Rifkin, Esq.
                                          RIFKIN & FOX-ISICOFF, P.A.
                                          1110 Brickell Avenue, Suite 600
                                          Miami, Florida 33131
                                          305-371-2777
                                          305-375-9517 (Fax)
                                          Lsrifkin@rifkinfox.com
                                          FL Bar No. 305987

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Larry S. Rifkin*

Larry S. Rifkin, Esq.
RIFKIN & FOX-ISICOFF, P.A.
1110 Brickell Avenue, Suite 600
Miami, Florida 33131
305-371-2777
305-375-9517 (Fax)
Lsrifkin@rifkinfox.com
FL Bar No. 305987