United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Artur Shehu, Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 18-24331-Civ-Scola |
| Jefferson Sessions, Attorney ) | |
| General of the United States, and ) | |
| others, Defendants. ) | |

## Order of Dismissal

The Plaintiff has dismissed this case consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Notice of Dismissal, ECF No. 13). The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on February 5, 2019.

_____
Robert N. Scola, Jr.
United States District Judge